

IN THE

TENTH COURT OF APPEALS

_____

No. 10-18-00226-CR

IN RE WILLIAM CHARLES WEBB

_____

Original Proceeding

_____

MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.[1]

REX D. DAVIS
Justice

---

[1] The petition for writ of mandamus lacks proof of service. A copy of all documents presented to the Court must be served on all parties (*i.e.*, the trial court judge and the State through the district attorney in this proceeding) and must contain proof of service. TEX. R. APP. P. 9.5, 52.2. The petition also lacks some of the contents required by Rule of Appellate Procedure 52. *See id.* 52.3, 52.7. However, because of our disposition and to expedite it, we implement Rule 2 and suspend these rules. *Id.* 2.

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition denied
Opinion delivered and filed August 15, 2018
Do not publish
[OT06]

